NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## IN RE GAVIN STENER

2012-1369
(Serial No. 10/122,642)

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

## ON MOTION

## ORDER

Gavin Stener moves without opposition to withdraw his appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

For The Court

AUG 0 8 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: D. Scott Hemingway, Esq.
    Raymond T. Chen, Esq.

s26

Issued As A Mandate: AUG 0 8 2012

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 0 8 2012

JAN HORBALY
CLERK